■ In the Matter of NORSE PIPELINE, LLC, Appellant, v TOWN OF BUSTI et al., Respondents. (Appeal No. 2.) [967 NYS2d 863]— Appeal from an order of the Supreme Court, Chautauqua County (James H. Dillon, J.), entered September 11, 2012 in proceedings pursuant to RPTL article 7. The order settled the record on appeal.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ JANE DOE et al., Respondents, v Estate of STEPHEN B. GANDERSON, M.D., Deceased, Defendant, and NORTH MEDICAL, P.C., Doing Business as THE WOMEN'S PLACE, Appellant. [967 NYS2d 863]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered July 26, 2012. The order granted the motion of plaintiffs for leave to file and serve an amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARQUES BATTLE, Appellant. [967 NYS2d 862]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered December 18, 2009. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.